```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

    MARCIA COPELAND, M.D.,
                                        1:18-cv-00019-NLH-KMW
            Plaintiff,
                                        **MEMORANDUM**
    v.                                  **OPINION & ORDER**

    US BANK, et al.

            Defendants.

**APPEARANCES:**

MARCIA COPELAND, M.D.
2 APPLE RIDGE WAY
EAST BRUNSWICK, NJ 08816

   *Plaintiff appearing pro se*

ROBIN LONDON-ZEITZ
GARY C. ZEITZ, LLC
1101 LAUREL OAK ROAD, SUITE 170
VOORHEES, NJ 08043

   *On behalf of Defendants US Bank and Gary C. Zeitz, LLC*

BRETT JOSEPH HAROLDSON
OFFICE OF THE ATTORNEY GENERAL OF NJ
25 MARKET ST, 7TH FL, WEST WING
PO BOX 116
TRENTON, NJ 08625

   *On behalf of Defendant Nan Famular*

TIMOTHY J. GALANAUGH
CAMDEN CITY ATTORNEY OFFICE
CITY HALL
520 MARKET STREET
ROOM 420
CAMDEN, NJ 08101

   *On behalf of Defendant Camden City Tax Office*

**HILLMAN, District Judge**

WHEREAS, on August 30, 2018, the Court dismissed the complaint of Plaintiff, Marcia Copeland, M.D., concerning the foreclosure of a property located at 451 Line Street in Camden, New Jersey[1] (Docket No. 23, 24); and

WHERAS, on November 28, 2018, Plaintiff filed an appeal to the Third Circuit Court of Appeals (Docket No. 25); and

WHEREAS, on December 21, 2018, Plaintiff filed a motion for an injunction (Docket No. 27), which the Court denied on the same day (Docket No. 28)[2]; and

WHEREAS, also on December 21, 2018, Plaintiff filed a motion for recusal (Docket No. 29)[3]; and

---

[1] Plaintiff has asserted at least nine essentially identical or similar actions in this District. COPELAND v. ABO & COMPANY, LLC, 1:13-cv-03978-RMB-KMW ("Copeland I"); 1:13-cv-03979-RMB-KMW ("Copeland II"); 1:13-cv-04232-RMB-AMD ("Copeland III"); and COPELAND v. UNITED STATES DEPARTMENT OF JUSTICE, 3:15-cv-07431-AET-TJB ("Copeland IV")COPELAND v. STATE OF NEW JERSEY, 1:18-cv-10554-NLH-JS ("Copeland VI"); COPELAND V. STATE OF NEW JERSEY, 1:17-cv-12104-NLH-JS ("Copeland V"); COPELAND v. STATE OF NEW JERSEY, 1:18-cv-10554-NLH-JS ("Copeland VI"); and COPELAND v. TOWNSHIP OF PENNSAUKEN, 1:14-cv-02002-RMB-AMD; COPELAND v. NEWFIELD BANK, 1:17-cv-00017-NLH-KMW; COPELAND v. US BANK, 1:18-cv-00019-NLH-KMW.

[2] In that same Order, the Court denied the identical motion filed by Plaintiff in COPELAND V. STATE OF NEW JERSEY, 1:17-cv-12104-NLH-JS ("Copeland V").

[3] The motion for recusal was docketed after the Court's Order denying Plaintiff's motion for an injunction was entered on the docket.

2

WHEREAS, the Court previously addressed and denied the identical motions for recusal in Copeland V and Copeland VI; and

WHEREAS, the Court adopts the analysis in Copeland V (Docket No. 107) and Copeland VI (Docket No. 10), and similarly declines to recuse from this case;

THEREFORE,

IT IS on this ___4th___ day of ___June___, 2019

ORDERED that Plaintiff's "MOTION for Judge Hillman to recuse himself from all filings made by the plaintiff" [29] be, and the same hereby is, DENIED.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.